983 So.2d 1284 (2008)
MOBILE IMAGING, INC.
v.
Kevin FIX and Connie Fix d/b/a Ultimate Medical Services and Ultimate Medical Services, Inc.
No. 2008-C-0941.
Supreme Court of Louisiana.
June 20, 2008.
In re Fix, Kevin et al.; Ultimate Medical Services; Ultimate Medical Services, Inc.; Fix, Connie;Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Calcasieu, 14th Judicial District Court Div. B, No. 04-3726; to the Court of Appeal, Third Circuit, No. 07-1482.
Denied.